# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-772

_____

DENVER IVAN WILSON,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

September 11, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Denver Ivan Wilson, pro se, Appellant.

Daniel R. Burke, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.